1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| FAOUR ABDALLAH FRAJHAT, | CASE NO. 06cv1452 JM(BLM) |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT ANTHONY J. CERONE |
| vs. | |
| COHEN, Unit Manager; SORIA; M. LEYBA-GONZALEZ; C. HOWARD; CLOVER; JOE EASTERLING; ANTHONY J. CERONE, | |
| Defendants. | |

For good cause shown, the court grants the parties' joint motion to dismiss defendant Anthony J. Cerone with prejudice. The Clerk of Court is instructed to dismiss defendant Anthony J. Cerone as a party to this action.

DATED: May 18, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:  All parties

- 1 -                                                                                                     06cv1452