UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAOUR ABDALLAH, FRAIHAT,<br><br>　　　　　Plaintiff,<br>v.<br><br>COHEN, UNIT MANAGER AT CCA; et al.,<br><br>　　　　　Defendants. | Case No. 06cv1452-JM (BLM)<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER TO EXTEND THE DISCOVERY DEADLINE**<br><br>[Doc. No. 43] |

On August 21, 2007, Defendants filed an *Ex Parte* Application for Order to Extend the Discovery Deadline for a Period of Ten Days to Depose Plaintiff. Doc. No. 43. Defendants explain that they were unable to reach Plaintiff for the telephonic deposition scheduled for August 20, 2007, because no deportation office came to Plaintiff's cell at the designated time to escort him to the telephone. Id. As a result, the deposition could not go forward. Id. Defendants request an additional ten days to coordinate with officials at the Immigration and Customs Enforcement facility where Plaintiff is detained and depose Plaintiff. Id.

Good cause having been shown, Defendants application is hereby **GRANTED.** Defendants may telephonically depose Plaintiff Faour Abdallah

Fraihat, who is currently incarcerated/detained at the El Centro Processing Center, on or before October 1, 2007.  All other dates and deadlines shall remain as previously set.

**IT IS SO ORDERED.**

DATED:  August 21, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JEFFREY T. MILLER
U.S. DISTRICT JUDGE

ALL COUNSEL