UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAOUR ABDALLAH, FRAIHAT,<br><br>        Plaintiff,<br>v.<br><br>COHEN, UNIT MANAGER AT CCA; et al.,<br><br>        Defendants. | Case No. 06cv1452-JM (BLM)<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION FOR LEAVE TO FILE MOTION TO COMPEL AND SETTING BRIEFING SCHEDULE**<br><br>[Doc. No. 46] |

On September 19, 2007, Defendants filed an *Ex Parte* Motion for Leave to File a Motion to Compel because, in light of Defendants' counsel's representations to the Court when counsel called chambers to request a hearing date for the motion to compel, it appeared Defendants' motion was untimely. Doc. No. 46. Having reviewed Defendants' *ex parte* motion, it now is apparent that Defendants did not receive the discovery response at issue in the motion to compel from Plaintiff until August 6, 2007. Id. at 2. Accordingly, the motion to compel is timely under the Court's discovery order.[1]

---

[1] This Court's December 19, 2006 Order required all discovery motions to be filed within 60 days of the event giving rise to the dispute, which in the case of written discovery, is the date on which the response is served. Doc. No. 17. Because

1    Good cause having been shown, Defendants' *ex parte* motion is
2 **GRANTED** and **IT IS HEREBY ORDERED** that the Motion to Compel attached at
3 Doc. No. 46 be deemed **FILED.** Plaintiff shall file his opposition to the
4 motion to compel on or before **October 9, 2007**. Defendants shall file
5 their reply, if any, on or before **October 16, 2007.** *Unless the Court*
6 *directs otherwise in advance, pursuant to Local Rule 7.1(d)(1), the*
7 *matter will be resolved without oral argument and no personal*
8 *appearances are required.*
9    **IT IS SO ORDERED.**
10 DATED:  September 24, 2007

                                    _Barbara L. Major_
12                                  BARBARA L. MAJOR
                                    United States Magistrate Judge

22 COPY TO:

23 HONORABLE JEFFREY T. MILLER
   U.S. DISTRICT JUDGE

24 ALL COUNSEL

---

27 it is unclear when Plaintiff served his responses but the Court is able to verify from
   the docket that Defendants received the responses on August 6, 2007, the Court will use
28 the latter date for purposes of interpreting its Order.