# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Faour Abdallah, Fraihat,<br><br>Plaintiff,<br><br>v.<br><br>Cohen Unit Manager at CCA<br>Soria Grievance Office in charge of CCA<br>M. Leyba-Gonzalez, Mailroom Supervisor at CCA<br>C. Howard Assistant Warden at CCA<br>Clover Assistant Warden at CCA<br>Joe Easterling Warden at CCA<br>Anthony J. Cerone INS Custodian at CCA,<br><br>Defendants. | NO. 06CV1452 JM BLM<br><br>**ORDER TO CONTINUE DEADLINE FOR FILING JOINT PROPOSED PRETRIAL ORDER; JANUARY 25, 2008 PRETRIAL CONFERENCE; AND FEBRUARY 25, 2008 TRIAL DATES PENDING RESOLUTION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Having considered the Defendants' Ex Parte Application to Continue Deadline for Filing Joint Proposed Pretrial Order; January 25, 2008 Pretrial Conference; and February 25, 2008 Trial Dates Pending Resolution of Defendants' Motion for Summary Judgment, and good cause appearing therefore, **IT IS HEREBY ORDERED:**

(1) vacating the January 25, 2008 Pretrial Conference;

(2) vacating the February 25, 2008 trial date;

(3) the Parties shall file their Joint Proposed Pretrial Order within 30 days after this Court rules on Defendants' Motion for Summary Judgment; and

(4) all remaining pretrial deadlines shall be reset after the Court rules on Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: January 15, 2008

HONORABLE JEFFREY T. MILLER
United States District Court Judge

Jones, Skelton & Hochuli, P.L.C.
Attorneys At Law
Phoenix

1866021.1